UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: MARK D. LOWERY  Case No. 4:17-bk-10825T/M
DEBTOR  Chapter 13

## MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

Comes now the Debtor by and through his attorney, Frank Falkner of DILKS LAW FIRM, and for his modification of the original or modified Chapter 13 Plan states:

**1.  PAYMENT TO TRUSTEE:** Debtor proposes to pay $**1,572.00** per month to the trustee beginning June 2019. The "BASE," or minimum amount to be paid into the Plan for the Debtor(s) to complete the Plan and be entitled to a discharge, shall be calculated as follows:

| | |
|---|---|
| The SUM of the amount actually paid into the Plan as of the date of this modification: | $**15,680.00** |
| PLUS the amounts proposed to be paid pursuant to this modified Plan, which is $**1,572.00** per month over the remaining **33** months: | $**51,876.00** |
| For a **TOTAL BASE** of: | $**67,556.00** |

**2.  PLAN LENGTH:**  shall remain the same at **60** months.

**3.  UNSECURED CREDITORS:** are to be paid a **PRO-RATA** dividend.
    Special non-priority unsecured debts remain unaffected.

**4.  MODIFIED TREATMENT OF EXISTING CREDITORS:**
The following changes are to be made to each creditor as set forth below:

| Creditor | Change in Treatment or Classification |
|---|---|
| Nationstar Mortgage LLC (Trustee's Claim #1 & #29) | Originally scheduled to be paid direct, outside the plan, Creditor's long-term secured claim shall now be paid through the plan as a long-term secured claim. Creditor shall receive regular monthly payments of $1,311.46 beginning June 2019. The arrearage of $3,654.00 shall be paid in full in 33 by monthly installments of $110.73. |

**5.**  Unsecured creditors shall be paid at least as much as they would receive under Chapter 7.

**6.**  All other provisions as set forth in the last CONFIRMED plan remain the same.

### NOTICE OF OPPORTUNITY TO OBJECT TO
### MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

You are hereby notified that the captioned Debtor(s) has filed the attached modification to the plan pursuant to 11 U.S.C. § 1323 and Rule 3019 of the Rules of Bankruptcy Procedure or 11 U.S.C.

§1329. Objections to confirmation of the plan as modified must be filed with the Bankruptcy Court at 300 W. 2nd St., Little Rock, AR 72201, in writing within **21** days from the date of this notice, with copies to the attorney for the Debtor(s) and to Mark McCarty, Chapter 13 Trustee, P.O. Box 5006, North Little Rock, AR 72119. If objections to the plan as modified are filed, they will be set for hearing by subsequent notice. If no objections are received, the plan as modified may be confirmed without further notice or hearing.

**Respectfully submitted,**

**Date: June 5, 2019**          **/s/Frank Falkner**
**FRANK FALKNER, Bar #2004-202**
**DILKS LAW FIRM**
**P.O. Box 34157**
**Little Rock, AR 72203**
**(501)244-9770 phone**
**(888)689-7626 fax**
**frank@dilkslawfirm.com**

## CERTIFICATE OF SERVICE

I, Lyndsey D. Dilks, hereby certify that copies of the foregoing Modification of Plan and Notice of Opportunity to Object have been mailed to *ALL CREDITORS WHOSE NAMES APPEAR ON THE CREDITOR MATRIX* and to the following:

    Mark McCarty, Ch 13 Trustee– via ECF
    Charles Tucker, US Trustee – via ECF

**/s/Frank Falkner**
**FRANK FALKNER, Bar #2004-202**